UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: APPLICATION FOR EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES BY EMILY RYO

GENERAL ORDER NO. 2026-

GENERAL ORDER

Before the Court is the application and request by Emily Ryo for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Emily Ryo, as an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for fee exemption. Additionally, Emily Ryo has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Emily Ryo shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of research. Emily Ryo shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.

Additionally, the following limitations apply:

1. This fee exemption applies only to Emily Ryo and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic files of this court that are available through the PACER system.
3. By accepting this exemption, Emily Ryo agrees not to sell for profit any data obtained as a result of receiving this exemption.
4. Emily Ryo is prohibited from transferring any data obtained as result of receiving this exemption, including redistribution via internet-based databases.
5. This exemption is valid until November 20, 2027.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Baton Rouge, Louisiana, this 23 day of November 2026

Shelly D. Dick

SHELLY D. DICK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA